UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                           )
UNITED STATES              )
                           )
     v.                    )
                           )   M.J. No. 04-M0-00074-LPC
SEKOU SILLAH, a/k/a        )              75-LPC
SEKOU SYLLA,               )
          Defendant.       )
                           )
_____
```

### MOTION TO UNSEAL

The United States, by and through United States Attorney
Michael J. Sullivan and the undersigned Assistant United States
Attorney, hereby respectfully moves the Court to unseal the
complaint, arrest warrant and search warrant in the above-
captioned matter.  As grounds therefor, the government states
that the Defendant was arrested on November 1, 2004, and the
search warrant has been executed.  Accordingly, there is no
further reason to keep the matter sealed.

                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney

                              By:
                              GREGORY MOFFATT
                              Assistant U.S. Attorney

November 1, 2004