AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

SEKOU SILLAH a/k/a SEKOU SYLLA

**WARRANT FOR ARREST**

CASE NUMBER: 04-MJ0074-LPC

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   SEKOU SILLAH a/k/a SEKOU SYLLA
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [x] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
criminal copyright infringement; trafficking in counterfeit goods; and operating an unlicensed money remitting business

in violation of
Title  18  United States Code, Section(s)  2319, 2320 and 1960

LAWRENCE P. COHEN
Name of Issuing Officer

Signature of Issuing Officer

UNITED STATES MAGISTRATE JUDGE
Title of Issuing Officer

10-28-2004   Boston, Massachusetts
Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 11/1/04 | |

This form was electronically produced by Elite Federal Forms, Inc.