# FINANCIAL AFFIDAVIT

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: US v.s. Sillah

FOR
AT

LOCATION NUMBER

PERSON REPRESENTED (Show your full name): Sekoo Sillah

1 ☒ Defendant—Adult
2 ☐ Defendant - Juvenile
3 ☐ Appellant
4 ☐ Probation Violator
5 ☐ Parole Violator
6 ☐ Habeas Petitioner
7 ☐ 2255 Petitioner
8 ☐ Material Witness
9 ☐ Other

DOCKET NUMBERS
Magistrate: 04-74
District Court:
Court of Appeals:

CHARGE/OFFENSE (describe if applicable & check box →) ☒ Felony ☐ Misdemeanor

## ASSETS

**EMPLOYMENT**
Are you now employed? ☐ Yes  ☐ No  ☒ Am Self-Employed — refused, on advice on counsel
Name and address of employer:
IF YES, how much do you earn per month? $ ___
IF NO, give month and year of last employment
How much did you earn per month? $ ___
If married is your Spouse employed? ☐ Yes ☒ No
IF YES, how much does your Spouse earn per month? $ ___
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☐ No
RECEIVED / SOURCES — refused on advice of counsel
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☒ Yes ☐ No IF YES, state total amount $ approx. $1000 in bank

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
IF YES, GIVE THE VALUE AND DESCRIBE IT

**DEPENDENTS**
MARITAL STATUS: ☒ MARRIED  ☐ SINGLE ☐ WIDOWED ☐ SEPARATED OR DIVORCED
Total No. of Dependents: 7
List persons you actually support and your relationship to them: wife in W. Africa and six children

## OBLIGATIONS & DEBTS

**DEBTS & MONTHLY BILLS** (LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)
APARTMENT OR HOME:
Creditors: credit card debt approx.
Total Debt: $20,000
Monthly Pay: $ ___

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) 11/6/04

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED)